

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

Date: September 6, 2016

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois   60604

| | |
|---|---|
| RE: | Eriem Surgical, Inc. et al v. United States of America, et al |
| U.S.D.C. DOCKET NO. | 12-cv-08268 |
| U.S.C.A. DOCKET NO. | 14-3540 |

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

| | |
|---|---|
| ELECTRONIC VOLUME OF PLEADING(S): | [Number of Flash Drives] |
| ELECTRONIC VOLUME(S) OF TRANSCRIPTS: | [1 volume] |
| VOLUME(S) OF DEPOSITION(S): | [Number of Vol Depositions] |
| EXHIBITS: | [Exhibits] |
| OTHER (SPECIFY): | [Other Items] |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

Jessica J. Ramos
By:     Deputy Clerk

cc: Counsel of Record

| United States of America | } |
| Northern District of Illinois | } |
| Eastern Division | } |
| | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 12/10/14.

Re:     Eriem Surgical, Inc. et al v. United States of America, et al
USDC NO.:   12-cv-08268
USCA NO.:   14-3540

| Date | Item NO. | Description |
|------|----------|-------------|
| 9/02/2016 | 95 | TRANSCRIPT OF PROCEEDINGS held on 08-25-2016 before the Honorable James B. Zagel. Court Reporter Contact Information: https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 9/23/2016. Redacted Transcript Deadline set for 10/3/2016. Release of Transcript Restriction set for 12/1/2016. (Warren, Pamela) (Entered: 09/02/2016) |

**IN TESTIMONY WHEREOF, I have hereunto subscribed my Name and affixed the seal of aforesaid court at Chicago, IL this 6th day of September, 2016**

Thomas G. Bruton, Clerk
By:/s/ Jessica J. Ramos
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JESSICA J. RAMOS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
September 6, 2016

APPEAL,BROWN,STAYED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
### ABRIDGED CIVIL DOCKET FOR CASE #: 1:12-cv-08268
### Internal Use Only

| | |
|---|---|
| Eriem Surgical, Inc. et al v. United States of America, et al | Date Filed: 10/15/2012 |
| Assigned to: Honorable James B. Zagel | Jury Demand: None |
| Demand: $391,000 | Nature of Suit: 870 Tax Suit: Taxes |
| Case in other court:  14-03540 | Jurisdiction: U.S. Government Defendant |
| Cause: 26:7426 IRS: Wrongful Levy for Taxes | |

**Plaintiff**

**Eriem Surgical, Inc.**                        represented by **Bernard Wiczer**
Foreman Friedman, PA
500 Skokie Boulevard
Suite 325
Northbrook, IL 60062
(847) 849-4850
Fax: (847) 849-4851
Email: bwiczer@wiczerzelmar.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliot Scott Wiczer**
Wiczer & Sheldon, LLC
500 Skokie Boulevard
Suite 325
Northbrook, IL 60062
(847) 849-4850
Fax: (847) 849-4851
Email: ewiczer@wiczersheldon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M Sheldon**
Wiczer & Sheldon, LLC
500 Skokie Boulevard
Suite 325
Northbrook, IL 60062
847.849.4850
Fax: 847.849.4851
Email: jsheldon@wiczersheldon.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Carol Teitz**<br>*TERMINATED: 01/03/2013* | represented by | **Bernard Wiczer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Elliot Scott Wiczer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John M Sheldon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States of America** | represented by | **AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jules M. DePorre**<br>Dept. of Justice<br>Tax Division<br>P.O. Box 55<br>Washington, DC 20044<br>202 514 6056<br>Email: jules.m.deporre@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carina Clark Federico**<br>U.S. Department Of Justice<br>Tax Division<br>P.O. Box 55<br>Ben Franklin Station<br>Washington, DC 20044<br>202 353 0701<br>Email: Carina.C.Federico@usdoj.gov<br>*TERMINATED: 08/03/2015* |

**James Mark Strandjord**
U.s. Department Of Justice, Tax Division
P.o. Box 55
Benjamin Franklin Station
Washington, DC 20044
(202) 616-3345
Email: james.m.strandjord@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Laura Cindy Beckerman**
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044
202 307 6560
Email: laura.c.beckerman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner of Internal Revenue Service**    represented by    **AUSA - Chicago**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jules M. DePorre**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Mark Strandjord**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. McClaren**    represented by    **AUSA - Chicago**
*Internal Revenue Agent*      (See above for address)
*TERMINATED: 10/19/2012*      *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2016 | 95 | TRANSCRIPT OF PROCEEDINGS held on 08-25-2016 before the Honorable James B. Zagel. Court Reporter Contact Information: https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. |

| | | | <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 9/23/2016. Redacted Transcript Deadline set for 10/3/2016. Release of Transcript Restriction set for 12/1/2016. (Warren, Pamela) (Entered: 09/02/2016) |
|---|---|---|---|